**Fill in this information to identify the case:**

Debtor 1: Steven Paul Morton

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Ohio (Columbus)
(State)

Case number: 15-51900

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 3 7 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2019

**New total payment:** $ 3,084.98
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 8.750 %    New interest rate: 8.875 %

   Current principal and interest payment: $ 2,141.07    New principal and interest payment: $ 2,159.11

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Debtor 1    **Steven Paul Morton**
          First Name      Middle Name      Last Name            Case number (*if known*) **15-51900**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/ Michelle R. Ghidotti-Gonsalves**
   Signature

Date **04 / 08 / 2019**

Print:    **Michelle R. Ghidotti-Gonsalves**
        First Name     Middle Name     Last Name

Title **AUTHORIZED AGENT**

Company    **Ghidotti Berger LLP**

Address    **1920 Old Tustin Ave**
          Number      Street

          **Santa Ana, CA 92705**
          City      State      ZIP Code

Contact phone    **(949) 427 – 2010**

Email **mghidotti@ghidottiberger.com**

**FCI Lender Services, Inc.**
Customer Service: (800) 931-2424   Fax: 714-282-5775
Customer Information: www.trustfci.com  NMLS #4920, BRE #01022780

3/8/2019

## SUBSEQUENT INTEREST RATE ADJUSTMENT

| Summary | |
|---|---:|
| Account# | |
| Statement Date | 03/08/2019 |

| Account Information | |
|---|---:|
| Unpaid Principal Balance | $233,381.51 |
| Interest Rate | 8.75000000% |
| Prepayment Penalty | No |

STEVEN MORTON
1016 WALSINGHAM CT
WESTERVILLE, OH 43081

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. The period ends on 04/01/2019, so on that date your interest rate may change. After that, your interest rate may change Semi-Yearly for the rest of your loan term. Any change in your interest rate may also change your mortgage payment.

| | Current Rate & Monthly Payment | Estimated New Rate & Monthly Payment |
|---|---:|---:|
| Interest Rate | 8.75000000% | 8.87500000% |
| Principal | $439.33 | $433.06 |
| Interest | $1,701.74 | $1,726.05 |
| Escrow | $925.87 | $925.87 |
| Suspense | $0.00 | $0.00 |
| Other Payments | $0.00 | $0.00 |
| Total Monthly Payment | $3,066.94 | $3,084.98 |

(due 05/01/2019)

**Interest Rate**: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the FNMA 6-Month LIBOR and your margin is 6.200%. The FNMA 6-Month LIBOR is published Monthly in www.thefinancials.com. The index rate plus the margin will be rounded to the nearest 0.12500000%.

**Rate Limit**: Your rate can never be higher than 14.600% over the life of the loan. Your rate can never be lower than 8.600% over the life of the loan. Your rate can increase by no more than 1.000% each adjustment period and your rate can decrease by no more than 1.000% each adjustment period.This additional increase may apply to your interest rate when it adjusts again on 10/01/2019.

**New Interest Rate and Monthly Payment**: The table above shows our estimate of your new interest rate and new monthly payment. These amounts are based on the most recently published FNMA 6-Month LIBOR, your interest rate limitations, your loan balance of $233,381.51, and your remaining loan term of 218 months.

<u>If You Anticipate Problems Making Your Payments</u>:
- Contact FCI Lender Services at 1-800-931-2424 ext. 650 as soon as possible
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - **<u>Refinance your loan</u>**
    - **<u>Sell your home</u>** and use the proceeds to pay off your current loan
    - **<u>Modify your loan terms</u>**
    - **<u>Payment forbearance</u>** temporarily gives you more time to pay your monthly payment
- If you would like contact information for counseling agencies or programs in your area, call the US Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a State housing finance agency, visit the US Consumer Financial Protection Bureau (CFPB) at www.consumerfinance.gov/mortgagehelp/

IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottiberger.com

Attorney for Creditor
Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust III

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO (COLUMBUS)

| | |
|---|---|
| In Re: Steven Paul Morton | CASE NO.: 15-51900 |
| Debtor. | CHAPTER 13 |
| | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On April 8, 2019 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Steven Paul Morton | Robert Ellis |
| 1016 Walsingham Court | 328 4th St |
| Westerville, OH 43081 | Marietta, OH 45750 |
| | |
| | **US Trustee** |
| **Trustee** | Asst US Trustee (Col) |
| Faye D. English | Office of the US Trustee |
| Chapter 13 Trustee | 170 North High Street |
| 10 West Broad Street | Suite 200 |
| Suite 900 | Columbus, OH 43215 |
| Columbus, OH 43215-3449 | |

\_xx\_\_\_(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

\_\_xx\_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2019 at Santa Ana, California

/*s / Marlen Gomez*
Marlen Gomez

---

2
CERTIFICATE OF SERVICE